PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

### Report on Individual Under Supervision      Cr. 23-200 (SDW)

Name of Individual Under Supervision: John F. Defalco          Cr.: 19-00472-002
                                                                PACTS #: 6322063

Name of Sentencing Judicial Officer:   THE HONORABLE PAUL A. CROTTY
                                       UNITED STATES DISTRICT JUDGE (SD/NY)

Date of Original Sentence: 10/04/2022

Original Offense:   Count One: Conspiracy, 18 U.S.C. § 371
                    Count Two: Conversion of Union Assets, 29 U.S.C. § 501(C), and 18 U.S.C. § 2
                    Count Three: Honest Services Wire Fraud, 18 U.S.C. § 1343, 18 U.S.C. § 1346, and 18 U.S.C. § 2
                    Count Four: Witness Tampering, 18 U.S.C. § 1512(b)(1), and 18 U.S.C. § 2
                    Count Five: Obstruction of Justice, 18 U.S.C. § 1512(b)(2)(A), and 18 U.S.C. § 2
                    Count Six: False Statements, 18 U.S.C. § 1001
                    Count Seven: Distribution of Oxycodone, 21 U.S.C. § 812, and 21 U.S.C. § 841(a)(1), and 21 U.S.C. § (b)(1)(C)

Original Sentence: Time Served imprisonment, 3 years supervised release

Special Conditions: $700 Special Assessment, $148,213.79 in Restitution, Financial Disclosure, and No New Debt/Credit

Type of Supervision: Supervised Release          Date Supervision Commenced: 10/04/2022

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Aruba from April 10, 2023, to April 17, 2023, for a family wedding and vacation.  He will be traveling with his family and plans to reside at hotel in Aruba.


**U.S. Probation Officer Action:**

Our office recommends travel request be approved.  John F. Defalco reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Defalco has maintained stable residence and is employed with Dolphin Construction in Elmsford, New York.  He has satisfied his special assessment and has paid $1,100.00 towards his restitution thus far.  As such, he is in full compliance with the conditions of supervised release.

Prob 12A – page 2
John F Defalco

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

*Patrick Hattersley*

By: PATRICK HATTERSLEY
Supervisory U.S. Probation Officer

/bgm

PREPARED BY:

*Brendan G. Murillo*            *03/03/2023*
BRENDAN G. MURILLO              Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

[ ] Travel Approved

[ ] Travel Denied

[ ] Other

_____
Signature of Judicial Officer

March 15, 2023
Date